UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA RISINGER,

      Plaintiff,

v.                                     Case No. 06-13492

MARK FROHLICH, MR. BROMLEY,      Honorable Patrick J. Duggan
VILLAGE OF PINCKNEY,

      Defendants.

_____/

**ORDER GRANTING DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on March 19, 2007.

PRESENT:      THE HONORABLE PATRICK J. DUGGAN
                    U.S. DISTRICT COURT JUDGE

      This lawsuit arises from the arrest of Plaintiff for operating a motor vehicle while

intoxicated on April 17, 2005, by Village of Pinckney Police Officer Mark Frohlich

("Officer Frohlich") and Voluntary Reserve Officer Mr. Bromley ("Officer

Bromley")(collectively "Officers").  Plaintiff brings this lawsuit pursuant to 42 U.S.C.

Section 1983, alleging that the Officers violated her Fourth and Fourteenth Amendment

rights by unlawfully arresting and maliciously prosecuting her without probable cause

(Counts I and II).  Plaintiff also alleges state law claims of false arrest and imprisonment

(Count III) and malicious prosecution (Count IV) against the Officers.  Finally, Plaintiff

alleges a Section 1983 claim against the Village of Pinckney ("Village"), contending that the Officers' acted pursuant to Village customs, policies, or practices and the Village failed to supervise and train the Officers (Count V).  Presently before this Court is a motion for summary judgment brought pursuant to Rule 56(c) of the Federal Rules of Civil Procedure by the Officers and the Village (collectively "Defendants").  The Court held a hearing on Defendants' motion on March 19, 2007.

For the reasons stated at the hearing,

**IT IS ORDERED**, that Defendants' motion for summary judgment is **GRANTED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Christopher J. Trainor, Esq.
G. Gus Morris, Esq.